**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 13-2119**

---

In Re:   ESTATE OF SHARON VAN PUTTEN; ALLEN VAN PUTTEN,
Executor of the Estate of Sharon Van Putten; DEBRA VAN
PUTTEN, Alternate Executor of the Estate of Sharon Van
Putten,

　　　　　Petitioners.

---

On Petition for Writ of Mandamus.
(1:13-cv-01124-CMH-IDD)

---

Submitted:  January 28, 2014       Decided:  January 31, 2014

---

Before MOTZ, SHEDD, and WYNN, Circuit Judges.

---

Petition dismissed by unpublished per curiam opinion.

---

Allen Van Putten, Debra Van Putten, Petitioners Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allen Van Putten and Debra Van Putten, the executor and alternate executor of the estate of Sharon Van Putten, respectively, petition this court for a writ of mandamus directing the district court to accept the estate's complaint, grant the estate leave to proceed in forma pauperis ("IFP"), and appoint the estate counsel. The executors have also applied to proceed IFP in this court, representing that the estate is without funds to pay the filing fee. We deny the estate's request to proceed IFP, as "only a natural person may qualify for treatment in forma pauperis under [28 U.S.C.] § 1915 [(2012)]," Rowland v. Calif. Men's Colony, 506 U.S. 194, 196 (1993), and accordingly dismiss the estate's petition for a writ of mandamus.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DISMISSED